**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON ARNOLD,<br><br>               Plaintiff,<br><br>     v.<br><br>LOWE'S HOME CENTERS, LLC; DOES 1 to 50,<br><br>               Defendants. | Case No. CV 22-7693 PA (JEMx)<br><br>JUDGMENT |

In accordance with the Court's July 11, 2023 Minute Order Directing the Clerk to Enter Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff Dalton Arnold ("Plaintiff") shall recover from Defendant Lowe's Home Centers, LLC in the sum of fifty thousand dollars and no cents ($50,000.00).

DATED: July 11, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE